**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-6492

———————

TIMOTHY COREY,

Plaintiff - Appellant,

versus

SUSAN REICH, Financial Accountant, HQ; DEAN
DAY, Mail Man, Kirkland Correctional
Institution; EILEEN WYLER, Nurse Practitioner,
Kirkland Correctional Institution; WILLIAM
LATRELL, Registered Nurse, Kirkland
Correctional Institution; LAURIE F. BESSINGER,
Warden, Kirkland Correctional Institution;
MARCIA R. FULLER, RD HQ; JOHN A. DAVIS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  C. Weston Houck, Senior District
Judge.  (CA-02-2801)

———————

Submitted:  July 16, 2004          Decided:  August 3, 2004

———————

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy Corey, Appellant Pro Se.  James E. Parham, Jr., Irmo, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Corey appeals the district court's order granting summary judgment to the Defendants and denying relief on his 42 U.S.C. § 1983 (2000) complaint for failure to state a constitutional violation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Corey v. Reich, No. CA-02-2801 (D.S.C. Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED